AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

UNITED STATES OF AMERICA ex rel.
TRAVIS CELLA,

    Plaintiff,

  v.

MOBICHORD, INC., a Delaware
corporation; HERBERT UHL, an individual;
and OLESKII KLYMENKO, and individual,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:17-cv-527-TC

IT IS ORDERED AND ADJUDGED that this case is dismissed with prejudice.

May 17, 2021

*Date*

BY THE COURT:

*Tena Campbell*
Tena Campbell
United States District Court Judge